# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 09-MC-9011-RED |
| | ) | |
| DONALD H. STEVENS, | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

Before the Court is Magistrate Judge James C. England's Report and Recommendation to enforce the Internal Revenue Service Summons. (Doc. No. 22) Defendant has filed no objections to the Report and Recommendation. After an independent review of the record and the applicable law, the Court adopts the Magistrate Judge's findings of fact and conclusions of law. It is therefore

ORDERED that the summonses issued August 20, 2009, be enforced. It is further

ORDERED that the defendant appear before the undersigned on **September 3, 2010, at 2:00 p.m.**, Courtroom 1, 3rd Floor, Springfield, Missouri, and produce the summonsed records or, in the alternative, show cause why he should not be held in contempt of Court. It is further

ORDERED that a copy of this order be served on the defendant by the United States Marshal at 5454 Benton Lane, Cabool, Missouri 65689-9485.

                                                                 */s/ Richard E. Dorr*
                                                     RICHARD E. DORR, JUDGE
                                                     UNITED STATES DISTRICT COURT

DATED: August 23, 2010